IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 CASE NO. 16-11216 |
| JACQUELINE A. FLEMING | JUDGE JESSICA E. PRICE SMITH |
| Debtor(s) | |

REQUEST FOR NOTICE TO CREDITORS TO FILE CLAIMS

To the Clerk, United States Bankruptcy Court:

It appears to the Trustee that there will be assets for distribution in the above-captioned matter.

Please issue notice to creditors to file claims.

Date: 5/6/2016

Waldemar Wojcik Co., L.P.A.

/s/ Waldemar J. Wojcik
_____
WALDEMAR J. WOJCIK, Trustee
526 Superior Avenue, Suite 1030
Cleveland, OH 44114
(216) 241-2628