Case No: 16-11216 JPS Judge: JESSICA E. PRICE SMITH  Trustee Name: Waldemar J. Wojcik, Trustee
Case Name: FLEMING, JACQUELINE A.  Date Filed (f) or Converted (c): 03/07/16 (f)
  341(a) Meeting Date: 04/14/16
For Period Ending: 05/06/16  Claims Bar Date: 08/15/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1212 W 35th St, Lorain, OH 44053 | 32,815.00 | 0.00 | | 0.00 | FA |
| 2. Furniture & household goods | 650.00 | 0.00 | | 0.00 | FA |
| 3. Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 4. Wedding rings & Costume Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Cash on hand | 5.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account with Lormet Federal Credit Union | 176.38 | 0.00 | | 0.00 | FA |
| 7. Saving Account with Lormet Federal Credit Union | 3.48 | 0.00 | | 0.00 | FA |
| 8. PERS account with current employer | 1,835.27 | 0.00 | | 0.00 | FA |
| 9. One-half of 2014 Tax Refund | 8,706.00 | 4,353.00 | | 0.00 | 4,353.00 |
| 10. Child Support Order from Mario Critelli | 276.00 | 0.00 | | 0.00 | FA |
| 11. Universal Life Insurance with State Farm Insurance | 2,023.93 | 1,381.89 | | 0.00 | 1,381.89 |
| 12. One-half of future asbestos settlement proceeds | Unknown | 0.00 | | 0.00 | FA |
| 13. 2015 federal and state tax refunds | 983.00 | 0.00 | | 0.00 | FA |
| 14. Spousal support arrearages from Mathew Peters | 8,688.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)  $57,462.06  $5,734.89    $0.00  $5,734.89
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PROP #13 & 14: Added via 4/21/16 Amended Schedules.

RE PROP# 1---(One-half interest) Jointly owened with Jack Fleming (Father)
RE PROP# 9---Equal to one-half of the estimated 2014 tax refund to be obtained from the Divorce Court ordered joint
  filing of tax returns by Debtor and her ex-husband.
RE PROP# 10---$276.00 per month (no arrears)
RE PROP# 12---Mathew Peters' grandfather's claim

| | | | |
|---|---|---|---|
| Case No: | 16-11216   JPS   Judge: JESSICA E. PRICE SMITH | Trustee Name: | Waldemar J. Wojcik, Trustee |
| Case Name: | FLEMING, JACQUELINE A. | Date Filed (f) or Converted (c): | 03/07/16 (f) |
| | | 341(a) Meeting Date: | 04/14/16 |
| | | Claims Bar Date: | 08/15/16 |

Initial Projected Date of Final Report (TFR): 03/31/17        Current Projected Date of Final Report (TFR): 03/31/17

　　　/s/    Waldemar J. Wojcik, Trustee
_____ Date: 05/06/16
　　　WALDEMAR J. WOJCIK, TRUSTEE