```
                              United States Bankruptcy Court
                                 Northern District of Ohio
In re:                                                            Case No. 16-11216-jps
Jacqueline A. Fleming                                             Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-1           User: admin              Page 1 of 2         Date Rcvd: May 09, 2016
                               Form ID: 177a            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2016.
db             +Jacqueline A. Fleming,    521 South Shore Court,    Vermilion, OH 44089-1935
24201309       +Amerifinancial Solution,    P.O. Box 602570,    Charlotte, NC 28260-2570
24201310       +Bailey Bank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
24201317       +Fidelity Properties Inc.,    P.O. Box 2055,    Alliance, OH 44601-0055
24201320       +JC Penney's,    6501 Legacy Dr,    Plano, TX 75024-3698
24201319      #+Jack Fleming,    1731 W. 36th Street,    Lorain, OH 44053-2501
24201323       +Lorain Municipal Court,    200 West Erie Avenue,    Case No: 2015CVF02600,
                 Lorain, OH 44052-1606
24201324        Macys,   P.O. Box 78008,    Phoenix, AZ 85062-8008
24201327       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
24201326       +Physician Link Center,    P.O. Box 3194,    Indianapolis, IN 46206-3194
24201329      #+Russell, Berkebile & Associates,    P.O. Box 385,    Lorain, OH 44052-0385
24201333       +Tom Roberts,    529 South Shore Court,    Vermilion, OH 44089-1935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QWJWOJCIK.COM May 09 2016 21:58:00     Waldemar J. Wojcik,    526 Superior Avenue,
                 Leader Bldg. #1030,    Cleveland, OH 44114-1902
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov May 09 2016 22:10:47     Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
24201311        EDI: BANKAMER.COM May 09 2016 21:58:00     Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19886-5019
24201312        EDI: CAPITALONE.COM May 09 2016 21:58:00     Capital One,    P.O. Box 6492,
                 Carol Stream, IL 60197-6492
24201313       +EDI: CHASE.COM May 09 2016 21:58:00     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
24201314       +EDI: CITICORP.COM May 09 2016 21:58:00     Citibank,    P.O. Box 6241,
                 Sioux Falls, SD 57117-6241
24201315       +EDI: CITICORP.COM May 09 2016 21:58:00     Citibank,    100 Citibank Drive,
                 San Antonio, TX 78245-3202
24201316       +EDI: DISCOVER.COM May 09 2016 21:58:00     Discover,    P.O. Box 15316,    Wilmington, DE 19850
24201318        EDI: CITICORP.COM May 09 2016 21:58:00     Home Depot,    P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
24201321       +EDI: CBSKOHLS.COM May 09 2016 21:58:00     Kohl's,    P.O. Box 3043,    Milwaukee, WI 53201-3043
24201322        EDI: RMSC.COM May 09 2016 21:58:00     Levin Furniture,    P.O. Box 960061,
                 Orlando, FL 32896-0061
24201325       +EDI: MID8.COM May 09 2016 21:58:00     Midland Funding,    8875 Aero Drive,    #200,
                 San Diego, CA 92123-2255
24201328        EDI: PRA.COM May 09 2016 21:58:00     Portfolio Recovery Associates,    P.O. Box 12914,
                 Norfolk, VA 23541
24201330       +EDI: RMSC.COM May 09 2016 21:58:00     Sams Club,    P.O. Box 965005,    Orlando, FL 32896-5005
24201331       +EDI: RMSC.COM May 09 2016 21:58:00     Synchrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
24201332       +EDI: WTRRNBANK.COM May 09 2016 21:58:00     Target,    P.O. Box 1327,
                 Minneapolis, MN 55440-1327
24201334       +E-mail/Text: BKRMailOps@weltman.com May 09 2016 22:11:34     Weltman, Weinberg & Reis,
                 323 W. Lakeside Avenue,    Suite 200,    Cleveland, OH 44113-1009
                                                                                             TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Waldemar J. Wojcik,    526 Superior Avenue,    Leader Bldg. #1030,    Cleveland, OH 44114-1902
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2016                                    Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2016 at the address(es) listed below:

        Waldemar J. Wojcik   on behalf of Trustee Waldemar J. Wojcik wwojcik@wojciklpa.com, wwojcik@ecf.epiqsystems.com
        Waldemar J. Wojcik   wwojcik@wojciklpa.com,   wwojcik@ecf.epiqsystems.com
        William J. Balena   on behalf of Debtor Jacqueline A. Fleming docket@ohbksource.com, debra@ohbksource.com

                                                                                                   TOTAL: 3

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 16−11216−jps**

**In re: (Name of Debtor)**
Jacqueline A. Fleming
**Aka** −Jacqueline Peters
521 South Shore Court
Vermilion, OH 44089

**Social Security No.:**
xxx−xx−9863

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

Last date to file claims: **August 15, 2016**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov) or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** May 9, 2016
Form ohnb177

For the Court
Kenneth J. Hirz, Clerk